UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA

| | |
|---|---|
| **BRIAN MURPH** | **CA NUMBER** _____ |
| **Plaintiff** | |
| | **JUDGE** _____ |
| **VERSUS** | **MAGISTRATE** _____ |
| **SUPERVALU, INC. D/B/A SAV-A-LOT, AND OLD REPUBLIC INSURANCE COMPANY** | |
| **Defendants** | |

NOTICE OF REMOVAL

TO: THE HONORABLE, THE JUDGES AND MAGISTRATES OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA:

**NOW INTO COURT,** comes Supervalu, Inc. and Old Republic Insurance Company named as Defendants in the Petition for Damages filed by Petitioner in the state court action, and who appear and respectfully aver as follows:

Please take notice that pursuant to 28 U.S.C. §1332 and 1441(a) and 1446 files this Notice of Removal of the case from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. It is respectfully represented that the grounds for the removal are as follows:

1

**1.**

On or about March 2, 2010, the Plaintiff, Brian Murph, filed a Petition for Damages in the matter captioned "Brian Murph versus Supervalu, Inc. d/b/a Sav-A-Lot, and Old Republic Insurance Company" bearing docket number 2010-2096, Div. M-13 on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana. A copy of those pleadings and citations are attached *in globo* as **Exhibit A**.

**2.**

The petition above referenced was filed on behalf of the Plaintiff on March 2, 2010 and the filing of that petition was not preceded by any pleadings, or demands setting forth a claim for relief. The petition was served upon "Supervalu, Inc." on or about March 17, 2010, a copy of the service of process transmittal is attached hereto as **Exhibit B**. Old Republic Insurance Company was served on or about March 19, 2010, a copy of the service return on Old Republic Insurance Company is attached hereto as **Exhibit C**. Accordingly, less than 30 days have elapsed since the service of process upon the Defendants in this matter. It should be noted that an answer has been filed in State Court by Defendants, **Exhibit D**.

**3.**

The Petition for Damages seeks monetary damages for injuries sustained by or allegedly sustained by Brian Murph resulting from the incident occurring on or about March 10, 2009, when Petitioner alleges that he slipped and fell while shopping at a Sav-A-Lot grocery store located on Almonaster Blvd. in New Orleans, Louisiana. The Petitioner alleges that Supervalu, Inc. d/b/a Sav-A-Lot, is a foreign corporation and that Old Republic Insurance Company is a foreign insurer.

**4.**

Removal is proper in these proceedings based on Federal Diversity Jurisdiction of this Court. There is complete diversity between the Defendants and the Plaintiff. The Plaintiff, in his Petition for Damages, alleges that he is a resident of the State of Louisiana, Parish of Orleans. Supervalu, Inc. is a foreign corporation incorporated in the State of Delaware. Old Republic Insurance Company is a foreign insurer, incorporated in the State of Pennsylvania. Both Defendants consent to and seek removal.

**5.**

Defendants have not been provided adequate proof of the injuries of the Plaintiff, necessary to complete an evaluation of the claim, or potential damages that might be awarded should the Plaintiff be able to establish and prove liability and damages. Interrogatories and Requests for Production of Documents (**Exhibit E**) have been propounded upon the Plaintiff, seeking a determination of whether the Plaintiff in good faith believes that his damages will meet or exceed the $75,000.00 threshold giving rise to Federal Diversity Jurisdiction. Request for Admission has been propounded upon the Plaintiff, in an attempt to determine whether the Plaintiff's injuries, exceed the $75,000.00 threshold (**Exhibit F**). To date, the Plaintiffs have not responded to the Interrogatories. Plaintiffs have responded to the Request for Admission, however, the responses are equivocal (**Exhibit G**). The Request for Admission and Response thereto are as follows:

**DEFENDANT'S REQUEST FOR ADMISSION NO. 1:**

"Please admit that the total compensable damages sustained by you as a result of the sued upon accident herein and for which you are seeking recovery, do not meet nor exceed $75,000.00."

**PLAINTIFF'S RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

"Admit. However, plaintiff's medical treatment is ongoing and may exceed said amount in the foreseeable future. Therefore, plaintiff reserves his right to amend his answer."

**6.**

Plaintiff's counsel has been contacted by Defendants counsel relative to the removal, and seeking a determination from Plaintiff's counsel whether Plaintiffs would stipulate that their damages are below the $75,000.00 Federal Diversity Jurisdiction Threshold, in order to preclude this removal action. Plaintiff's counsel indicated on March 29, 2010, that he had insufficient information upon which he could make such stipulation.

**7.**

It is noted in Plaintiff's Petition for Damages, in paragraph 8, that amongst the items of damages being claimed, are "permanent disability and loss of function." At the time of filing this Notice of Removal, defense counsel has been provided nothing from the Plaintiff's attorney unequivocally indicating that the Plaintiffs damages were less than the $75,000.00 threshold.

**8.**

A copy of this Notice of Removal is being served upon counsel of record for the Plaintiff, Brian Murph, and a copy of this Notice of Removal is being filed with the Clerk of Court of the Civil District Court for the Parish of Orleans, State of Louisiana, in conformity with U.S.C. § 1446(a) as amended to effect the removal of such civil actions to the United States District Court, Eastern District Court of Louisiana as provided by law.

Respectfully submitted this 14th day of April, 2010.

BY ATTORNEY:

_____
**JOHN T. ROETHELE, Bar #18409**
JOHN T. ROETHELE, APLC
Post Office Box 400
Denham Springs, Louisiana 70727
Telephone No. (225) 664-2268
Fax No. (225) 664-3494
E-Mail Address: roethele@roethelelaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been served upon all counsel of record by e-mail and/or by depositing same, in the United States mail, properly addressed and postage prepaid.

Denham Springs, Louisiana, this 14th day of April, 2010.

_____
JOHN T. ROETHELE